FILED
June 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SUSANNA DVORTSIN, As Next Friend of Hayam El Gamal, *et al.*, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, Secretary of U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director of Immigration and Customs Enforcement (ICE); and JOHN FABBRICATORE, ICE Denver Field Office Director, <br><br> Respondents. | § § § § § § § § § § § § § § § § § § § NO. SA-25-CV-00664-OLG |

# ORDER

Before the Court is Petitioner's Motion to Extend the Temporary Restraining Order issued by U.S. District Judge Gordon P. Gallagher in the District of Colorado on June 4, 2025 (*see* Dkt. No. 5), for an additional 14 days. Upon review, the Court finds that Petitioner's Motion (Dkt. No. 22) should be and hereby is **GRANTED** for good cause shown[1] without prejudice to the government's ability to file a motion to reconsider.

It is therefore **ORDERED** that, pursuant to the All Writs Act, 28 U.S.C. § 1651(a) and Federal Rule of Civil Procedure 65(b), and in order to preserve the Court's jurisdiction, Defendants **SHALL NOT REMOVE** Hayem El Gamal and her five children from the Western District of Texas or the United States unless or until this Court or the Fifth Circuit Court of Appeals vacates this Order.

---

[1] *See Hernandez v. Erazo*, No. SA-22-CV-01069-XR, 2022 WL 17490682, at *3 (W.D. Tex. Oct. 31, 2022) (explaining good cause exists "where the movant demonstrates 'that the grounds for originally granting the temporary restraining order continue to exist'") (quoting 11A Charles Alan Wright *et al.*, *Federal Practice and Procedure* § 2953 (3d ed. 2021)).

It is further **ORDERED** that this TRO shall expire 14 days after its entry. A hearing on Petitioner's Motion will be set by separate order prior to the expiration of the TRO.

**SIGNED** June 18, 2025, at 11:52 a.m.

ORLANDO L. GARCIA
United States District Judge